

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-19-00083-CR

Mario Angel **GONZALEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB001360-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The court reporter's second request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due **on or before 7/22/2019**, **with no further extensions absent extenuating circumstances**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court